IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **TERESA MAGUIRE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:23-cv-394-OLG |
| **WEINRITTER REALTY, LP,** ) | |
| **d/b/a NORTH HILL,** ) | |
| ) | |
| Defendant(s). ) | |

### JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY PENDING MOTIONS PENDING DISMISSAL WITH PREJUDICE WITHIN TEN (10) DAYS

The Parties, hereby jointly and respectfully provide this notice to the Court that the Parties have reached a full and final agreement settling all claims and potential counterclaims, as well as any pending motions, asserted between them in this lawsuit.

The Parties therefore respectfully request that the Court stay this case for ten (10) days to allow the Parties sufficient time to finalize the settlement documents and prepare and file dismissal papers with the Court.

Dated: May 15, 2024.

Respectfully submitted,

**Plaintiff, Ryan Pflipsen**
*s/ Dennis R. Kurz, Esq.*
Dennis R. Kurz, Esq.
Texas State Bar No. 24068183
**KURZ LAW GROUP, LLC**
4355 Cobb Parkway, SE, Ste. J-285
Atlanta, GA 30339
dennis@kurzlawgroup.com

**Defendant, Weinritter Realty, LP d/b/a North Hill**
*s/ Peter J. Stanton, Esq.*
Peter J. Stanton, Esq.
State Bar No. 19054500

**THE LAW OFFICE OF PETER J. STANTON**
111 Soledad Street, Suite 470
San Antonio, Texas 78205
stanton@pstantonlaw.com

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically to the Clerk of the Court using CM/ECF/system on May 14, 2024.

Peter J. Stanton, Esq.
**THE LAW OFFICE OF PETER J. STANTON**
111 Soledad Street, Suite 470
San Antonio, Texas 78205
stanton@pstantonlaw.com
*Attorney for Defendant,*
*Weinritter Realty, LP d/b/a North Hill*

                                          */s/ Dennis R. Kurz*
                                          Dennis R. Kurz