IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **TERESA MAGUIRE** *Plaintiff* | § § § | |
| V. | § § | CIVIL ACTION NO 5:23-cv-00394-**OLG** |
| **WEINRITTER REALTY, LP.** d/b/a **NORTH HILL** *Defendant* | § § § § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

1.0.  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff, Teresa Maguire, and the Defendant, Weinritter Realty LP, file this Agreed Motion to Dismiss, with Prejudice and without costs, all claims made by the parties in this case.

2.0.  The parties have reached a settlement agreement to resolve their disputes and respectfully request that all claims by Plaintiff against Defendant in the above-referenced case be dismissed, with prejudice and without costs.

3.0.  The parties accordingly request that the Court enter the attached Agreed Order of Dismissal With Prejudice, which has been signed by both parties.

Respectfully submitted,



Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record on May 31, 2024, in accordance with the Federal Rules of Civil Procedure.

_____
PETER J. STANTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **TERESA MAGUIRE** *Plaintiff* | § § § | |
| V. | § § § | CIVIL ACTION NO 5:23-cv-00394-OLG |
| **WEINRITTER REALTY, LP.** **d/b/a NORTH HILL** *Defendant* | § § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41, the Plaintiff Theresa Maguire and the Defendant Weinritter Realty have filed an Agreed Motion to Dismiss with Prejudice and have requested that the Court dismiss Plaintiff's claims against the with prejudice.

IT IS, THEREFORE, ORDERED that all the Plaintiff's claims against the Defendant are hereby DISMISSED with prejudice.

SIGNED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE.

Kurz Law Group, LLC
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
Tele: (404) 805-2494
Fax: (678) 428-5356
Email: dennis@kurzlawgroup.com

_____
Dennis R. Kurz
Attorney-in-Charge for Plaintiff
Texas State Bar ID No. 24068183


THE LAW OFFICES OF
PETER J. STANTON
111 Soledad, Suite, 470
San Antonio, Texas, 78205
Telephone (210) 472-0500
Telecopier (210) 472-0515
stanton@pstantonlaw.com

Peter J. Stanton
SBN 19054500